UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Laura Guevera
on Behalf of J.N., a Minor Child,,

        Plaintiff,

vs.                                                            Civil Action No.:
                                                                   1:20-cv-08814-PGG-DCF

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

        AND, NOW, this <u>4th</u> day of <u>    October    </u>, 2021, the parties' modified schedule in this matter is GRANTED. The schedule is set as follows:

- Plaintiff will serve its motion and brief on Defendant by October 26, 2021

- Defendant's cross-motion and brief will be served on Plaintiff on December 31, 2021

    and,

- Plaintiff's reply, if any, is due January 14, 2022 and the parties will file the entire set of motion papers along with the joint statement of facts and administrative record with the Court.

                                                                                       Magistrate Judge Debra C. Freeman
                                                                                      United States Magistrate Judge